UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                Case No. 06-20663

D-12, JOSEPH M. JONES,               HON. AVERN COHN

    Defendant.
_____/

## ORDER DENYING MOTION TO WITHDRAW PLEA

For the reasons stated on the record on October 19, 2010, defendant's motion (Doc. 700) styled

        Defendant Mr. Joseph Jones Motion to Withdraw Plea

is DENIED.

    SO ORDERED.

                                      S/Avern Cohn
                                      AVERN COHN
                                      UNITED STATES DISTRICT JUDGE

Dated: October 21, 2010

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, October 21, 2010, by electronic and/or ordinary mail.

                                      S/Julie Owens
                                      Case Manager, (313) 234-5160